# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| GEORGE W. FISHER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 23-04162-CV-C-NKL-P |
| LAURENT JAVOIS, | ) ) ) |
| Respondent. | ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Petitioner is an inmate at the State Hospital in Fulton, Missouri. He filed this case pro se, seeking habeas corpus relief pursuant to 28 U.S.C. § 2254, challenging the validity of his confinement based on a finding that he was not guilty of the crimes for which he was charged by reason of insanity. Doc. 1. Petitioner claims that his confinement is invalid because it was deemed to be so by the Circuit Court of the City of St. Louis, Missouri, in *Fisher v. Javois*, No. 1522-CC00702. *See* Doc. 1 at 5-27 (state-court order).

The Court rejected the same claims Petitioner makes in this case as successive and untimely in *Fisher v. Javois*, 22-0310-CV-W-NKL-P, which the Court of Appeals affirmed. Therefore, as in *Fisher*, 22-0310-CV-W-NKL-P, this case is dismissed without prejudice to Petitioner obtaining authorization from the Court of Appeals for this Court to consider his claims as required by 28 U.S.C. § 2244(b)(3). Accordingly, it is **ORDERED** that this case is dismissed, without prejudice, subject to Petitioner seeking and obtaining authorization to file a second or successive petition for writ of habeas corpus in the Eighth Circuit Court of Appeals.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
UNITED STATES DISTRICT JUDGE

Dated: August 28, 2023.