# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

GEORGE W FISHER,

    Petitioner,

v.    Case No. 23-04162-CV-C-NKL-P

LAURENT JAVOIS,

    Respondent.

- ○ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- x **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: This case is DISMISSED without prejudice subject to Petitioner seeking and obtaining authorization to file a second or successive petition for writ of habeas corpus in the Eighth Circuit Court of Appeals.

Entered on: August 28, 2023.

                                      PAIGE WYMORE-WYNN
                                      CLERK OF COURT

                                      /s/ K. Willis
                                      (By) Deputy Clerk